| | | |
|---|---|---|
| D/KS Prob. 22 (Rev 06/13) **TRANSFER OF JURISDICTION** | **1 17 CR 178** | **DOCKET NUMBER** (Trans. Court) PACTS# 23956 1083 2:08CR20013-002 |
| | | **DOCKET NUMBER** (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT<br>District of Kansas | DIVISION<br>Kansas City |
|---|---|---|
| Lemark D Roberson<br>ND/OH | NAME OF SENTENCING JUDGE<br>Honorable Carlos Murguia, U.S. District Judge | |
| **JUDGE PEARSON** | DATES OF PROBATION /<br>SUPERVISED RELEASE: | FROM<br>3/30/2016 | TO<br>3/29/2021 |

OFFENSE: **MAG. JUDGE LIMBERT**

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE WITHIN 1,000 FEET OF A SCHOOL in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(iii), 846, 860(a) and 18 U.S.C. § 2, Class A Felony

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the Northern District of Ohio upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

| 5/15/2017 | /s/ Carlos Murguia |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted at the discretion of the transferring court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

| 5/17/2017 | [signature] |
|---|---|
| Effective Date | United States District Judge |